MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or Distributions Less Than $5 For Deposit To Registry Fund

Debtors:    Ronald & Susan Plank

Chapter 7

Case No. 09-33873

Please Check One:

____    Unclaimed Dividends

__X__   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Collection Bureau<br>PO Box 246<br>Little Falls, MN 56345-0246 | 7 | $49.17 | $2.23 |

Date: November 30, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

RECEIVED 10 DEC -2 AM 11:25 U.S. BANKRUPTCY COURT ST. PAUL, MN